**Order entered April 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00018-CV

**GRACE L. LANE, Appellant**

**V.**

**JIMMY D. LANE, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-56203-2013**

## ORDER

We **GRANT** appellant's April 4, 2014 motion for an extension of time to file a brief. Appellant shall file her brief on or before **MAY 9, 2014**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

We remind appellant that she must serve appellee with a copy of all documents she files with this Court. *See* TEX. R. APP. P. 9.5(a).

/s/    ADA BROWN
        JUSTICE